435 A.2d 918

Glunt, etc. v. Grimm, et al., Appellants.

Argued January 12, 1981. Bernard J. McAuley, for appellants; Christ J. Walthour, Jr., for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.